

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2010

By Hand Delivery

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/10

JUL 26 2010

Re:   United States v. Raj Rajaratnam and Danielle Chiesi,
      S1 09 Cr. 1184 (RJH)

Dear Judge Holwell:

      The Government, joined by defendant Danielle Chiesi, respectfully submits this letter requesting that the hearing currently scheduled in this matter for July 29, 2010 on Chiesi's motion to suppress her post-arrest statements be adjourned. The Government and Chiesi are discussing a possible resolution of the issues to be addressed at that hearing. If reached, such a resolution would eliminate the need for that hearing. The parties propose that the hearing be rescheduled for early September but will advise the Court well before that date if the hearing is unnecessary.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
JONATHAN R. STREETER
REED M. BRODSKY
Assistant United States Attorneys
ANDREW Z. MICHAELSON
Special Assistant United States Attorney
(212) 637-2272/2492/2348

SO ORDERED
_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
7/26/10

cc by email:   Alan R. Kaufman, Esq.